UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

      Plaintiff,                    Criminal No. 08-438

   v.                          :

JAMES FLOYD                         **O R D E R**

      Defendant.              :


This matter having come before the Court by way of a motion by the defendant for early termination of supervised release;

It is on this **10th** day of **August, 2010** hereby ORDERED that this request is denied.

                                  s/Susan D. Wigenton
                                  SUSAN D. WIGENTON
                                  United States District Judge